LAW OFFICE OF ZHOU WANG
P. O. Box 130182. New York, NY 10013
Tel: (212) 966-8860. Fax: (212) 966-6177.
Email: lawofficeofzhouwang@gmail.com

09/19/2022

**MEMORANDUM ENDORSED**

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sandy Yuwono v. Xiang Qiu, et al.
Case No. 1:22-cv-00389 GHW
Request to Adjourn Initial Pretrial Conference.

Dear Honorable Judge Woods,

Undersigned is writing to respectfully ask that that Court adjourn today's 4:00pm initial pretrial conference due to an urgent family situation that is related to the medical condition of Undersigned's mom who is living along. Plaintiff's attorney, Ms. Anne Seelig has consented to this request. This is Undersigned's first request. Undersigned hereby thanks the Court for the consideration of this request.

Sincerely,

Zhou Wang, Esq
Attorney for Defendants
P O Box 130182.
NY, NY 10013

Application granted. The pretrial and premotion conference previously scheduled for September 19, 2022 at 4:00 p.m. is hereby adjourned to Thursday, September 22 at 4:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated: September 19, 2022
New York, New York

GREGORY H. WOODS
United States District Judge