USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
SANDY YUWONO, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the class*, :
: 1:22-cv-389-GHW
Plaintiffs, :
: ORDER
-v - :
:
998LQ SUSHI INC., *d/b/a* Okinii, et al., :
:
Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Because defense counsel failed to appear at the initial pretrial and premotion conference scheduled for September 22, 2022, that conference is now rescheduled for September 28, 2022 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: September 22, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge