UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                                                :
SANDY YUWONO, *on behalf of himself, FLSA*                      :
*Collective Plaintiffs, and the class,*                         :
                                                                :
                                                 Plaintiffs,    :
                                                                :
                           -v -                                 :
                                                                :
998LQ SUSHI INC., *d/b/a* Okinii, et al.,                       :
                                                                :
                                                 Defendants.    :
                                                                X
----------------------------------------------------------------

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  10/4/2022

1:22-cv-389-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As discussed during the October 4, 2022 initial pretrial conference, Defendants are hereby

ORDERED to provide complete responses to all of Plaintiff's pending and outstanding

interrogatories and requests for document production no later than October 14, 2022.  The Court

notes that those responses must be accompanied by the certification required by Federal Rule of

Civil Procedure 26(g)(1), and that these certifications must be accurate.  In addition, pursuant to the

parties' consent and the case management plan to be entered by the Court, Defendants' time to issue

its initial requests for production of documents pursuant to Federal Rule of Civil Procedure 34 and

to serve interrogatories pursuant to Southern District of New York Local Rule 33.3(a) is hereby

extended to October 14, 2022.  Defendants are ORDERED to comply with these modified

deadlines.

Finally, the parties are ORDERED to send a letter on the issue of FLSA conditional

certification no later than October 12, 2022.  The letter must either note that the parties will be able

to work toward a stipulation for conditional certification—and if so, include a timeline for

presentation of materials pursuant to stipulation for the Court's consideration—or, in the

alternative, note that the parties intend to brief the issue of conditional certification—and if so,

include a proposed briefing schedule mutually agreed upon by the parties.

       SO ORDERED.

Dated:  October 4, 2022
          New York, New York

_____
GREGORY H. WOODS
United States District Judge