```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                           :

SANDY YUWONO, *on behalf of himself, FLSA*   :
*Collective Plaintiffs, and the class*,            :
                                           :             1:22-cv-389-GHW
                                 Plaintiff,    :
                                           :                   <u>ORDER</u>
                   -v -                          :

998LQ SUSHI INC., *d/b/a* Okinii, *et al.*,     :

                                  Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        As discussed at the January 13, 2023 conference, Defendants are hereby ORDERED to complete productions of all materials responsive to Plaintiff's discovery requests no later than January 27, 2023. Failure to comply with this order may result in sanctions for Defendants, Defendants' counsel, or both.

        Further, as discussed at the same conference, Plaintiff's motion for collective certification must be filed and served no later than February 15, 2023. Defendants' opposition must be filed and served no later than two weeks following the date of service of Plaintiff's motion; Plaintiff's reply, if any, must be filed and served no later than two weeks following the date of service of Defendants' opposition.

        The Court will enter an amended case management plan by separate order.

        SO ORDERED.

Dated: January 14, 2023
         New York, New York

                                                                     _____
                                                                         GREGORY H. WOODS
                                                                      United States District Judge