UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                             :

SANDY YUWONO, *on behalf of himself, FLSA collective plaintiffs, and the class*,    :

                                                                Plaintiff,    :    1:22-cv-389-GHW

                                            -v -                       :    <u>ORDER</u>

998LQ SUSHI INC., *d/b/a* Okinii, *et al.*,    :

                                       Defendants.    :
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the February 8, 2023 show-cause hearing, counsel for Defendants is ORDERED to complete production of all documents and written materials responsive to Plaintiff's discovery requests no later than February 15, 2023. This new deadline does not excuse counsel for Defendants' failure to comply with the Court's previous deadline, *see* Dkt. No. 40, nor does it excuse his failure to comply with other Court orders in this case. As discussed at the February 8 hearing, the Court expects to take up Plaintiff's motion for sanctions, *see* Dkt. No. 42, after February 15, 2023, taking into account both counsel's prior failures to comply with Court orders and any further non-compliance with the newly set February 15, 2023 deadline. The parties are also additionally ORDERED to write the Court, by no later than February 22, 2023, a joint letter of no longer than three pages regarding Defendants' compliance with the new deadline for responding to Plaintiff's discovery requests.

Additionally, the deadline for Plaintiff to file and serve its motion for collective certification is hereby extended to March 2, 2023. Defendants' opposition must be filed and served no later than two weeks following the date of service of Plaintiff's motion; Plaintiff's reply, if any, must be filed and served no later than two weeks following the date of service of Defendants' opposition.

Finally, because the Court understands that previous mediation efforts have failed, *see* Dkt. No. 36, the conference scheduled to address the status of mediation for February 16, 2023—and the joint letter expected in advance of that conference—is adjourned *sine die*. *See* Dkt. No. 34.[1] The Court does not understand there to be a need at this time to modify the deadlines established in the active case management plan. *See* Dkt. No. 41. If either party disagrees with that assessment, they may write the Court to inform it of that fact no later than February 15, 2023.

SO ORDERED.

Dated: February 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] As discussed at the February 8, 2023 conference, the Court continues to encourage the parties to seek amicable resolution of this case and issues within it.