UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                             :

SANDY YUWONO, *on behalf of himself, FLSA Collective Plaintiffs, and the class*,

                                     Plaintiff,

-v -

998LQ SUSHI INC., *d/b/a* Okinii, *et al.*,

                                     Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023

1:22-cv-389-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      As discussed at the February 27, 2023 conference, Plaintiff's motion for sanctions will be held in abeyance as the parties complete discovery. In addition, should Plaintiff wish to move to file an amended complaint, it may do so anytime on or after March 2, 2023 by filing (a) a letter motion explaining the basis for the amendment, (b) the amended complaint, and (c) a legal blackline between the current complaint and the amended complaint. If Defendants instead consent to the filing of an amended complaint, it should write the Court on the docket to advise it of that fact.

      SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                                                           _____
                                                                             GREGORY H. WOODS
                                                                  United States District Judge