```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SANDY YUWONO, on behalf of himself, FLSA                       :
Collective Plaintiffs, and the class,                          :
                                                               :       1:22-cv-389-GHW
                                       Plaintiff,              :
                                                               :            ORDER
              -v -                                             :
                                                               :
998LQ SUSHI INC., d/b/a Okinii, et al.,                        :
                                                               :
                                       Defendants.             :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the April 10, 2023 conference, Plaintiff is directed to submit—by no later than April 24, 2023—a modified version of its proposed notice and consent to sue forms that comply with the guidance provided at the April 10, 2023 conference.

SO ORDERED.

Dated: April 10, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge