**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANDY YUWONO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

       v.

998LQ SUSHI INC.,
    d/b/a OKINII,
XIANG QIU, and
YONG FENG LIU,

        Defendants.

---

Case No: 1:22-cv-00389

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated May 25, 2023, and annexed hereto as **Exhibit A.**

Dated: May 25, 2023

Respectfully submitted,

By: _____

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, I caused service of Plaintiff's Notice of Acceptance

of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this

matter:

Zhou Wang, Esq.
Law Offices of Zhou Wang
*Attorney for Defendants*
2 E. Broadway, Suite 403
New York, NY 10038
(212) 966- 8860
Email: office8860@gmail.com

By: _____
        C.K. Lee, Esq.