```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANDY YUWONO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

998LQ SUSHI INC.,
   d/b/a OKINII,
XIANG QIU, and
YONG FENG LIU,

        Defendants.

**MEMORANDUM ENDORSED**

Case No.: 1:22-cv-00389

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 998LQ SUSHI INC., XIANG QIU, and YONG FENG LIU (collectively "Defendants"), having offered to allow Plaintiff SANDY YUWONO ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), to dismiss Plaintiff's lawsuit against all Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment, dated May 25, 2023, and filed as Exhibit A to Docket Number 63;

    **WHEREAS**, on May 25, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 63);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff SANDY YUWONO, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment, dated May 25, 2023, and filed as Exhibit A to Docket Number 63. The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____May 25_____, 2023
       New York, New York

_____
U.S.D.J.